UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL ALLEN HAYES,

                Plaintiff,

    v.

DETECTIVE BLAKEMAN, *et al.*,

                Defendants.

CASE NO. C20-1612-TL-MLP

REPORT AND RECOMMENDATION

       This is a civil rights action proceeding under 42 U.S.C. § 1983. Plaintiff filed the instant action in November 2020 while he was confined at the Maleng Regional Justice Center ("RJC") in Kent, Washington. Plaintiff asserts claims in this action against King County Sheriff's Detective Benjamin Blakeman, City of Marysville Police Officer Brandon Blake, and King County. Plaintiff's claims include allegations of excessive force, denial of adequate medical care, and destruction of property. (*See* dkt. # 12.)

       Plaintiff actively pursued this action through late-October 2021 when he filed a motion requesting that: (1) the undersigned recuse herself from this case; (2) counsel be appointed to represent him in this matter; and (3) he be granted an extension of time. (Dkt. # 55.) At around the same time, Plaintiff submitted discovery requests to the Court which were returned to him by

REPORT AND RECOMMENDATION - 1

the Clerk pursuant to Local Civil Rule ("LCR") 5(d) which instructs that discovery documents are not to be filed with the Court. (*See* dkt. entry dated October 29, 2021.) Prior to Plaintiff's discovery request submissions, Defendants had filed summary judgment motions, though neither of the motions were ripe for consideration at the time of Plaintiff's submissions. (*See* dkt. ## 27, 36, 52.)

On November 12, 2021, the discovery documents that the Clerk had attempted to return to Plaintiff at his address of record, the RJC, were returned to the Court with a notation indicating that Plaintiff was "OUT." (Dkt. # 59.) On December 6, 2021, a copy of this Court's Order denying Plaintiff's request for recusal, which had been mailed to Plaintiff at his address of record on November 22, 2021, was also returned to the Court with a notation indicating that Plaintiff was no longer in jail. (Dkt. # 62.) On January 3, 2022, a notice advising Plaintiff that his case had been reassigned to United States District Judge Tana Lin, which had been mailed to Plaintiff at his address of record on December 13, 2021, was returned to the Court, again with a notation indicating that Plaintiff was no longer in jail. (Dkt. # 63.) To date, Plaintiff has not provided the Court with an updated address.[1]

Because over 60 days have passed since mail directed to Plaintiff at his address of record was returned by the post office, and because Plaintiff has not notified the Court of his current address, this action is subject to dismissal pursuant to LCR 41(b)(2) for failure to prosecute. While the Court acknowledges the time and effort Defendants put into preparing their pending dispositive motions, the Court is not inclined to rule on those motions given that they are not

---

[1] The Court has performed a cursory internet search in an attempt to locate Plaintiff, including a search of the Washington Department of Corrections website, but has been unable to identify a current address for Plaintiff.

REPORT AND RECOMMENDATION - 2

fully briefed. The Court instead recommends that this action be dismissed, without prejudice, pursuant to LCR 41(b)(2). A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **February 18, 2022**.

DATED this 27th day of January, 2022.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION - 3